The Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

October 29, 2020

**Via ECF**
Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re.     Sanchez v. Ballinas & Vasquez Corp. et al.
        20-cv-08244 (RA)

Dear Hon. Abrams:

This office represents Plaintiff Moises Sanchez in the above captioned matter. I am forced to file a motion under F.R.C.P. 41(a)(1)(A)(i) because Mr. Sanchez has requested to me in writing to dismiss this lawsuit. Proof of my client's request is annexed.

I believe that a private agreement has been reached between my client and the Defendants but I am forced to adhere to my client's wishes. I again recommend to the Court that a hearing be ordered to ensure that there was not a circumvention of *Cheeks*.

Shortly after filing this letter I will file a motion to withdraw under F.R.C.P. 41(a)(1)(i).

Respectfully,

*[signature]*

Jacob Aronauer
*Attorney for Plaintiff*

The Court is in receipt of Plaintiff's notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Dkt. 15. The Second Circuit has not required district courts to review and approve settlement agreements that result in the dismissal of FLSA actions without prejudice. See Cheeks v. Freeport Pancake House Inc., 796 F.3d 199, 201 n.2 (2d Cir. 2015). Accordingly, the Court will not hold a Cheeks hearing at this time.

SO ORDERED.

*[signature]*

Hon. Ronnie Abrams
10/30/2020